Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Michael P. Mudger** | : | Case No. 19−11136−JCM |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 31 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 3/25/25 at 02:00 PM |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

*AND NOW,* this *The 29th of January, 2025*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 31 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) **On or before March 17, 2025**, any **Response**, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2) This *Motion* is scheduled for hearing on **March 25, 2025 at 02:00 PM** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court **may** determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

_____
John C. Melaragno, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-11136-JCM |
| Michael P. Mudger | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 29, 2025 | Form ID: 300b | Total Noticed: 24 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael P. Mudger, 789 Chestnut Street, Meadville, PA 16335-2308 |
| 15157840 | | First Bank Card/Sheetz Visa, PO box 2557, Omaha, NE 68103-2557 |
| 15157847 | + | United Refining Co. of PA, 213 2nd Ave, Warren, PA 16365-2405 |
| 15157848 | | Wells Fargo Bank NA, Po Box 5185, Sioux Falls, SD 57117 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15157831 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 30 2025 00:13:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15157833 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 30 2025 00:13:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15178927 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jan 30 2025 00:14:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15169384 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2025 00:41:38 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15157835 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2025 00:41:47 | Capital One Bank USA, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15157837 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2025 00:58:21 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15157838 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2025 01:19:38 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15157839 | | Email/Text: dplbk@discover.com | Jan 30 2025 00:16:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 15180553 | | Email/Text: collecadminbankruptcy@fnni.com | Jan 30 2025 00:14:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3129, Omaha, NE 68197 |
| 15157836 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 30 2025 00:18:34 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 15167978 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 30 2025 00:14:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15184812 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 30 2025 00:18:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15157842 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 30 2025 00:13:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15157841 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 30 2025 00:13:00 | PNC Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15184563 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 30 2025 00:13:00 | PNC Bank NA, Bankruptcy Department, PO BOX |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 94982, Cleveland, OH 44101 |
| 15157843 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2025 00:18:07 | Synchrony Bank/Walmart, PO Box 965060, Attn: Bankruptcy, Orlando, FL 32896-5060 |
| 15157845 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 30 2025 00:14:00 | Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 15157844 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 30 2025 00:14:00 | Toyota Financial Services, 111 W 22nd St, Oakbrook, IL 60521 |
| 15163075 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jan 30 2025 00:14:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15157846 | + | Email/Text: jsprentz@urc.com | Jan 30 2025 00:16:00 | United Refining, Attn: Bankruptcy, 15 Bradley St., Warren, PA 16365-3299 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Toyota Motor Credit Corporation |
| 15157832 | *+ | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15157834 | *+ | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 31, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher M. Frye | on behalf of Debtor Michael P. Mudger chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Denise Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4