**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MICHAEL P. MUDGER<br><br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　　Movant<br>　　　vs.<br>No Respondents. | Case No.:19-11136<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

January 28, 2025

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 11/14/2019 and confirmed on 1/31/20. The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 93,600.00 |
| Less Refunds to Debtor | 186.11 | |
| TOTAL AMOUNT OF PLAN FUND | | 93,413.89 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,400.00 | |
|   Trustee Fee | 4,784.60 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,184.60 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   TOYOTA MOTOR CREDIT CORPORATION | 20,082.66 | 20,082.66 | 976.47 | 21,059.13 |
|     Acct: 8647 | | | | |
| | | | | 21,059.13 |
| **Priority** | | | | |
|   CHRISTOPHER M FRYE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL P. MUDGER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL P. MUDGER | 186.11 | 186.11 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG PC | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   WELLS FARGO BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0002 | | | | |
|   BANK OF AMERICA NA** | 1,834.52 | 1,834.52 | 0.00 | 1,834.52 |
|     Acct: 4217 | | | | |
|   BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0850 | | | | |
|   JPMORGAN CHASE BANK NA S/B/M/T CH/ | 7,862.99 | 7,862.99 | 0.00 | 7,862.99 |
|     Acct: 1977 | | | | |
|   LVNV FUNDING LLC | 6,060.08 | 6,060.08 | 0.00 | 6,060.08 |
|     Acct: 0534 | | | | |
|   DISCOVER PERSONAL LOANS** | 4,951.64 | 4,951.64 | 0.00 | 4,951.64 |
|     Acct: 4416 | | | | |
|   FIRST NATIONAL BANK OF OMAHA(*) | 22,629.25 | 22,629.25 | 0.00 | 22,629.25 |
|     Acct: 9676 | | | | |
|   PNC BANK NA | 14,251.80 | 14,251.80 | 0.00 | 14,251.80 |
|     Acct: 2860 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC, | 6,579.88 | 6,579.88 | 0.00 | 6,579.88 |
|     Acct: 1512 | | | | |
|   UNITED REFINING CO | 0.00 | 0.00 | 0.00 | 0.00 |

19-11136  Page 2 of 2

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 4750 | | | | |
| | DOROTHY MUDGER | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CREDITOR INFORMATION MISSING OR V/ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | | |
| | | | | | 64,170.16 |

| | | |
|---|---|---:|
| TOTAL PAID TO CREDITORS | | 85,229.29 |

TOTAL CLAIMED
PRIORITY              0.00
SECURED          20,082.66
UNSECURED        64,170.16

Date: 01/28/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    MICHAEL P. MUDGER

        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:19-11136

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-11136-JCM
Michael P. Mudger  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 2
Date Rcvd: Jan 29, 2025      Form ID: pdf900      Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael P. Mudger, 789 Chestnut Street, Meadville, PA 16335-2308 |
| 15157840 | | First Bank Card/Sheetz Visa, PO box 2557, Omaha, NE 68103-2557 |
| 15157847 | + | United Refining Co. of PA, 213 2nd Ave, Warren, PA 16365-2405 |
| 15157848 | | Wells Fargo Bank NA, Po Box 5185, Sioux Falls, SD 57117 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15157831 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 30 2025 00:13:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15157833 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 30 2025 00:13:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15178927 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jan 30 2025 00:14:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15169384 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2025 00:18:14 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15157835 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2025 01:09:19 | Capital One Bank USA, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15157837 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2025 00:18:38 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15157838 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2025 00:58:02 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15157839 | | Email/Text: dplbk@discover.com | Jan 30 2025 00:16:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 15180553 | | Email/Text: collecadminbankruptcy@fnni.com | Jan 30 2025 00:14:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3129, Omaha, NE 68197 |
| 15157836 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 30 2025 00:18:30 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 15167978 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 30 2025 00:14:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15184812 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 30 2025 01:19:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15157842 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 30 2025 00:13:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15157841 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 30 2025 00:13:00 | PNC Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15184563 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 30 2025 00:13:00 | PNC Bank NA, Bankruptcy Department, PO BOX |

Case 19-11136-JCM   Doc 35   Filed 01/31/25   Entered 02/01/25 00:31:51   Desc Imaged
Certificate of Notice   Page 6 of 6

| District/off: 0315-1 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 29, 2025 | Form ID: pdf900 | Total Noticed: 24 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 94982, Cleveland, OH 44101 |
| 15157843 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2025 00:29:53 | Synchrony Bank/Walmart, PO Box 965060, Attn: Bankruptcy, Orlando, FL 32896-5060 |
| 15157845 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 30 2025 00:14:00 | Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 15157844 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 30 2025 00:14:00 | Toyota Financial Services, 111 W 22nd St, Oakbrook, IL 60521 |
| 15163075 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jan 30 2025 00:14:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15157846 | + | Email/Text: jsprentz@urc.com | Jan 30 2025 00:16:00 | United Refining, Attn: Bankruptcy, 15 Bradley St., Warren, PA 16365-3299 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Toyota Motor Credit Corporation |
| 15157832 | *+ | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15157834 | *+ | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 31, 2025          Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2025 at the address(es) listed below:

**Name** — **Email Address**

Christopher M. Frye
on behalf of Debtor Michael P. Mudger chris.frye@steidl-steinberg.com
julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Denise Carlon
on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 4