IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    MICHAEL P. MUDGER

            Debtor(s)

    Ronda J. Winnecour
            Movant
        vs.
    No Repondents.

Case No.:19-11136

Chapter 13

Related Document No. 31

ORDER OF COURT

AND NOW, this ___18th___ day of ___March___, 20_25_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

John C. Melaragno, Judge   dak
United States Bankruptcy Court
SIGNED
3/18/25 2:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 19-11136-JCM
Michael P. Mudger | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1    User: auto    Page 1 of 2
Date Rcvd: Mar 18, 2025    Form ID: pdf900    Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael P. Mudger, 789 Chestnut Street, Meadville, PA 16335-2308 |
| 15157840 | | First Bank Card/Sheetz Visa, PO box 2557, Omaha, NE 68103-2557 |
| 15157847 | + | United Refining Co. of PA, 213 2nd Ave, Warren, PA 16365-2405 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15157831 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 19 2025 00:24:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15157833 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 19 2025 00:24:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15178927 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Mar 19 2025 00:25:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15169384 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 19 2025 00:29:01 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15157835 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 19 2025 00:28:52 | Capital One Bank USA, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15157836 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 19 2025 00:28:42 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15157837 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 19 2025 00:29:01 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15157838 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 19 2025 00:41:09 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15157839 | | Email/Text: dplbk@discover.com | Mar 19 2025 00:26:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 15180553 | | Email/Text: collecadminbankruptcy@fnni.com | Mar 19 2025 00:25:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3129, Omaha, NE 68197 |
| 15167978 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Mar 19 2025 00:24:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15184812 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 19 2025 00:29:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15157842 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 19 2025 00:24:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15157841 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 19 2025 00:24:00 | PNC Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15184563 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 19 2025 00:24:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |

Case 19-11136-JCM    Doc 39    Filed 03/20/25    Entered 03/21/25 00:31:13    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0315-1 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 18, 2025 | Form ID: pdf900 | Total Noticed: 24 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15157843 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 19 2025 00:41:02 | Synchrony Bank/Walmart, PO Box 965060, Attn: Bankruptcy, Orlando, FL 32896-5060 |
| 15157845 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 19 2025 00:25:00 | Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 15157844 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 19 2025 00:25:00 | Toyota Financial Services, 111 W 22nd St, Oakbrook, IL 60521 |
| 15163075 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Mar 19 2025 00:24:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15157846 | + | Email/Text: jsprentz@urc.com | Mar 19 2025 00:27:00 | United Refining, Attn: Bankruptcy, 15 Bradley St., Warren, PA 16365-3299 |
| 15157848 | | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Mar 19 2025 00:29:01 | Wells Fargo Bank NA, Po Box 5185, Sioux Falls, SD 57117 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Toyota Motor Credit Corporation |
| 15157832 | *+ | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15157834 | *+ | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 20, 2025            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher M. Frye | on behalf of Debtor Michael P. Mudger chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Denise Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4